UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>HUDSON SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 15-cv-02896-HSG<br><br>**SCHEDULING ORDER** |

Having reviewed the parties' proposed case schedules, the Court **SETS** the following case deadlines under Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Schedule |
|---|---|
| Fact Discovery Cutoff | October 3, 2016 |
| Exchange Initial Expert Reports | October 17, 2016 |
| Exchange Rebuttal Expert Reports | October 31, 2016 |
| Expert Discovery Cutoff | November 14, 2016 |
| Deadline to Hear Dispositive Motions | December 29, 2016, at 2:00pm |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's Civil Pretrial and Trial Standing Order.

**IT IS SO ORDERED.**

Dated: 5/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge