STEPHEN M. HAYES (SBN 83583)
shayes@hayesscott.com
STEPHEN P. ELLINGSON (SBN 136505)
sellingson@hayesscott.com
JONATHAN K. MYERS (SBN 306756)
jmyers@hayesscott.com
HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
203 Redwood Shores Parkway, Suite 480
Redwood City, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorneys for Defendant
HUDSON SPECIALTY INSURANCE CO.

JAMES R. TENERO (SBN 201023)
jtenero@selmanlaw.com
CHRISTOPHER C. RANCK (SBN 283873)
cranck@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, California 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Plaintiff
Scottsdale Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, a corporation<br><br>Plaintiff,<br><br>v.<br><br>HUDSON SPECIALTY INSURANCE COMPANY, a corporation<br><br>Defendant. | CASE NO.  3:15-cv-02896-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION DEADLINE AND EXCUSING PERSONAL ATTENDANCE** |

712161

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Having met and conferred with respect to the matters set forth herein, plaintiff Scottsdale Insurance Company ("Scottsdale") and defendant Hudson Specialty Insurance Company ("Hudson"), referred to collectively as the "Parties," by and through their respective counsel, hereby stipulate and agree as follows:

## I.
## RECITALS

1.   WHEREAS, pursuant to stipulation, this Court ordered the Parties to participate in an Early Neutral Evaluation session ("ENE").  Pursuant to the presumptive deadline as specified in the local rules of the Northern District, the Court ordered the ENE to occur within ninety day of its order, on or before September 26, 2016.

2.   WHEREAS, the Parties have not sought any prior extensions of this presumptive deadline.

3.   WHEREAS, the Parties believe that any ENE would be more productive and more likely to settle the case if written discovery and documents are exchanged prior to the ENE.

4.   WHEREAS, the Parties wish to exchange written discovery and obtain documents before the ENE.

5.   WHEREAS, the Parties have recently propounded initial written discovery and document requests.

6.   WHEREAS, the Parties have agreed to hold the ENE in the above-referenced matter on October 12, 2016 at 10:30 a.m. at the offices of Selman Breitman LLP at 33 New Montgomery Street, Sixth Floor, San Francisco, California.

7.   WHEREAS, it would be inconvenient and costly for Scottsdale to personally attend the ENE, as the person responsible for handling this lawsuit is located in Scottsdale, Arizona.

8.   WHEREAS, it would be inconvenient and costly for Hudson to personally attend the ENE, as the person responsible for handling this lawsuit is located in New York, New York, and the closest representative of Hudson able to attend the ENE is located in New York, New York.

9.   WHEREAS, a Scottsdale representative may attend the ENE by telephone.

10. WHEREAS, a Hudson representative may attend the ENE by telephone.

11. WHEREAS, the parties hereby agree and stipulate that Scottsdale and Hudson's representatives do not need to personally attend the ENE, but that they will attend by telephone for the duration of the ENE.

## II.
## STIPULATION

Scottsdale and Hudson hereby stipulate and agree as follows:

1. The Parties agree to continue the ENE presumptive deadline to allow the ENE to be held on October 12, 2016.

2. The Parties will hold the ENE in the above-referenced matter on October 12, 2016, at 10:30 a.m. at the offices of Selman Breitman LLP at 33 New Montgomery Street, Sixth Floor, San Francisco, California.

3. Scottsdale's representative may attend the ENE by telephone.

4. Hudson's representative may attend the ENE by telephone.

Dated: August 11, 2016        SELMAN BREITMAN LLP

By  */s/ James R. Tenero*
    JAMES R. TENERO
    CHRISTOPHER C. RANCK
    Attorneys for Plaintiff
    SCOTTSDALE INSURANCE COMPANY

Filer's Attestation: Pursuant to Civil Local Rule 5-1(i)(3), Stephen P. Ellingson hereby attests that concurrence in the filing of this document has been obtained from each of the other signatories.

Dated:  August 11, 2016        HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By  */s/ Stephen P. Ellingson*
    STEPHEN M. HAYES
    STEPHEN P. ELLINGSON
    JONATHAN K. MYERS
    Attorneys for Defendant
    HUDSON SPECIALTY INSURANCE COMPANY

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. The ENE presumptive deadline is continued to allow the ENE to be held on October 12, 2016.

2. The Parties will hold the ENE in the above-referenced matter on October 12, 2016 at 10:30 a.m. at the offices of Selman Breitman LLP at 33 New Montgomery Street, Sixth Floor, San Francisco, California.

3. Scottsdale's representative may attend the ENE by telephone.

4. Hudson's representative may attend the ENE by telephone.

IT IS SO ORDERED.

Dated: August 15, 2016

By _____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA