UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>HUDSON SPECIALTY INSURANCE COMPANY,<br><br>        Defendant. | Case No.15-cv-02896-HSG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 37 |

For the reasons set forth during September 6, 2016, further case management conference, the Court hereby **DENIES** the parties' stipulated request to enlarge the operative scheduling order. Dkt. No. 37. Instead, the Court hereby **AMENDS** its scheduling order as follows:

| Event | Amended Date |
|---|---|
| Close of Fact Discovery | November 3, 2016 |
| Exchange Opening Expert Reports | November 17, 2016 |
| Exchange Rebuttal Expert Reports | November 31, 2016 |
| Close of Expert Discovery | December 14, 2016 |
| Dispositive Motion Hearing Deadline | January 26, 2017, at 2:00pm |

**IT IS SO ORDERED.**

Dated:  9/28/2016

                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge