1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  JONATHAN K. MYERS (SBN 306756)
   jmyers@hayesscott.com
4  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
5  Redwood City, California 94065
   Telephone: 650.637.9100
6  Facsimile: 650.637.8071

7  Attorneys for Defendant
   HUDSON SPECIALTY INSURANCE CO.
8
   JAMES R. TENERO (SBN 201023)
9  jtenero@selmanlaw.com
   WENDY M. SCHENK (SBN 177397)
10 wschenk@selmanlaw.com
11 SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
12 San Francisco, California 94105-4537
   Telephone: 415.979.0400
13 Facsimile: 415.979.2099

14
   Attorneys for Plaintiff
15 Scottsdale Insurance Company

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                        SAN FRANCISCO DIVISION
19

20 | SCOTTSDALE INSURANCE COMPANY, a    | CASE NO.  3:15-cv-02896-HSG
   | corporation                         |
21 |                                     | STIPULATION AND [PROPOSED]
   |          Plaintiff,                 | ORDER TO ALLOW HUDSON
22 |                                     | SPECIALTY INSURANCE COMPANY
   |    v.                               | TO AMEND RESPONSES TO
23 |                                     | REQUESTS FOR ADMISSION
   | HUDSON SPECIALTY INSURANCE          |
24 | COMPANY, a corporation              |
   |                                     |
25 |          Defendant.                 |

26
27
28
   741921

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Having met and conferred with respect to the matters set forth herein, plaintiff Scottsdale Insurance Company ("Scottsdale") and defendant Hudson Specialty Insurance Company ("Hudson"), referred to collectively as the "Parties," by and through their respective counsel, hereby stipulate and agree as follows:

## I.
## RECITALS

1. WHEREAS, Scottsdale propounded requests for admission to Hudson and Hudson served responses.

2. WHEREAS, Hudson recently became aware of the need to revise responses to Scottsdale's requests for admission, request nos. 3 and 5.

3. WHEREAS, the parties hereby agree and stipulate to a Court order to allow Hudson to revise its responses to Scottsdale's requests for admission, request nos. 3 and 5.

## II.
## STIPULATION

Scottsdale and Hudson hereby stipulate and agree as follows:

1. The Parties agree to a Court order to allow Hudson to revise its responses to Scottsdale's requests for admission, request nos. 3 and 5.

Dated: December 5, 2016        SELMAN BREITMAN LLP

                               By_____
                                  JAMES R. TENERO
                                  WENDY M. SCHENK
                                  Attorneys for Plaintiff
                                  SCOTTSDALE INSURANCE COMPANY

741921                           -1-
STIPULATION & [PROPOSED] ORDER TO ALLOW HUDSON SPECIALTY INSURANCE COMPANY TO
AMEND RESPONSES TO REQUESTS FOR ADMISSION - CASE NO. 3:15-cv-02896-HSG

Dated: December 5, 2016

HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
JONATHAN K. MYERS
Attorneys for Defendant
HUDSON SPECIALTY INSURANCE COMPANY

[PROPOSED] ORDER

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Hudson is allowed to serve revised responses to Scottsdale's requests for admission, request nos. 3 and 5.

IT IS SO ORDERED.

Dated: ___December 6_, 2016

By _____
HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA